New Millennium Medical Imaging, P.C., as Assignee of Miguel Diaz and Jordanis Rodriguez, Appellant, 
against
American Transit Ins. Co., Respondent.




Law Office of Damin J. Toell, P.C. (Damin J. Toell, Esq.), for appellant.
Law Office of Daniel J. Tucker (Netanel Benchaim, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Pamela L. Fisher, J.), entered June 16, 2015. The order, insofar as appealed from as limited by the brief, denied plaintiff's cross motion for summary judgment.




ORDERED that the order, insofar as appealed from, is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits, as limited by its brief, plaintiff appeals from so much of an order of the Civil Court as denied plaintiff's cross motion for summary judgment, upon a finding that defendant's opposition papers had raised a triable issue of fact.
Contrary to plaintiff's contention on appeal, the Civil Court did not improvidently exercise its discretion in considering defendant's late opposition papers (see CPLR 2004), which raised a triable issue of fact as to whether the claims had been timely denied.
Accordingly, the order, insofar as appealed from, is affirmed.
WESTON, J.P., PESCE and ALIOTTA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 18, 2017